Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., <br><br>Plaintiff,<br><br>vs.<br><br>JOSE GUILLERMO PENA, et al.,<br><br>Defendants. | Case No. 2:10-cv-05972-RGK -AJWx <br><br> JUDGMENT (~~Proposed~~) |

    Default having been entered in this action on October 22, 2010 against Jose Guillermo Pena and Maria Graciela Valencia, individually and d/b/a El Nuevo Palermo, and the application for and declarations in support of default judgment having been filed on or about December 16, 2010, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///

ORDER (Proposed)
CASE NO. 2:10-CV-05972-RGK-AJW
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendants Jose Guillermo Pena and Maria Graciela Valencia, individually and d/b/a El Nuevo Palermo and in favor of Integrated Sports Media, Inc., as follows:

a.  For the Violation of Title 47 U.S.C. 605 (a):   $       10,000.00
b.  <u>Attorneys fees        :</u>                                                    $         1,200.00
                                                                  Total:    $       11,200.00

**Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $11,200.00.**

**IT IS SO ORDERED**:

*/s/ Gary Klausner*

**The Honorable R. Gary Klausner**
**United States District Court**
**Central District of California**

Dated:  February 10, 2011

**ORDER (Proposed)**
**CASE NO. 2:10-CV-05972-RGK-AJW**
**PAGE 2**