Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

INTEGRATED SPORTS MEDIA, INC    )
                                )
        Plaintiff,      vs.     )   Case No.: 2:10-CV-05972-RGK-AJWx
                                )
JOSE GUILLERMO PENA,  et al,    )   [PROPOSED] RENEWAL OF JUDGMENT
                                )
        Defendant,              )
                                )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Integrated Sports Media, Inc and against Defendant, Jose Guillermo Pena individually and doing business as El Nuevo Palermo and Maria Graciela Valencia individually and doing business as El Nuevo Palermo, entered on February 10, 2011, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 11,200.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 11,200.00** |
| d. | Credits | $ 1,600.00 |
| e. | Subtotal *(subtract d from c)* | **$ 9,600.00** |
| f. | Interest after judgment(.28%) | $ 307.35 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | Total renewed judgment (add e, f and g) | $ **9,907.35** |

Dated: January 26, 2021            CLERK, by  /s/ *Jennylam*
                                   Deputy
                                   Kiry A. Gray,
                                   Clerk of U.S. District Court

Renewal of Judgment